UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOSE L TORRES  
    MARIA E TORRES  
          Debtor(s)

Case No. 09-37150

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/06/2009.

2) The plan was confirmed on 01/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/14/2011.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,359.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,000.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,000.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,049.30 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $484.20 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,533.50** |

Attorney fees paid and disclosed by debtor:     $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 1,162.34 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES | Unsecured | NA | 1,117.63 | 1,117.63 | 0.00 | 0.00 |
| BEACH BODY | Unsecured | 19.95 | NA | NA | 0.00 | 0.00 |
| BEACH BODY | Unsecured | 78.26 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 7,404.00 | 7,522.32 | 7,522.32 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 437.00 | 512.33 | 512.33 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 18,014.00 | 18,014.14 | 18,014.14 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL MORTGAGE CO | Secured | 7,964.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| CENTRAL MORTGAGE CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 318.00 | 318.49 | 318.49 | 0.00 | 0.00 |
| CITGO | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 1,291.00 | 1,291.25 | 1,291.25 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 1,259.00 | 1,325.78 | 1,325.78 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 4,220.00 | 4,220.95 | 4,220.95 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 413.00 | 413.47 | 413.47 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 7,105.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 2,449.91 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV MEDICAL CENTER | Unsecured | 861.71 | NA | NA | 0.00 | 0.00 |
| MAGAZINE LINE COLLEGE RESEARC | Unsecured | 39.91 | NA | NA | 0.00 | 0.00 |
| MEDICALCOL | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,098.00 | 1,098.53 | 1,098.53 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 17,969.00 | 17,489.04 | 17,489.04 | 5,042.93 | 423.57 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 3,362.41 | NA | NA | 0.00 | 0.00 |
| OPEN ADVANCED MRI SCHAUMBUR | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| PALLINO RECEIVABLES III LLC | Unsecured | NA | 1,237.54 | 1,237.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,938.00 | 3,115.72 | 3,115.72 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 377.00 | 404.16 | 404.16 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 298.00 | 455.49 | 455.49 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 898.00 | 898.48 | 898.48 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 638.00 | 638.05 | 638.05 | 0.00 | 0.00 |
| REIMAN PUBLICATIONS | Unsecured | 23.99 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 80.00 | 80.98 | 80.98 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 68.00 | 68.28 | 68.28 | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 39.95 | NA | NA | 0.00 | 0.00 |
| SEARS BKRUPTCY RCVRY MGMT SV | Unsecured | 4,218.00 | NA | NA | 0.00 | 0.00 |
| SHELL | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Unsecured | 51,259.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Unsecured | 0.00 | 51,563.85 | 51,563.85 | 0.00 | 0.00 |
| STATE FARM BANK | Unsecured | NA | 170.48 | 170.48 | 0.00 | 0.00 |
| STATE FARM BANK | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 16.10 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 471.50 | 471.50 | 0.00 | 0.00 |
| US BANK | Unsecured | 1,118.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Unsecured | 1,197.00 | 1,197.78 | 1,197.78 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,489.04 | $6,042.93 | $423.57 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,489.04** | **$6,042.93** | **$423.57** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$96,137.20** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,533.50 |
| Disbursements to Creditors | $6,466.50 |
| **TOTAL DISBURSEMENTS** : | **$9,000.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/26/2011　　　　　　　　　　By: /s/ Glenn Stearns
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**